UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D7, THOMAS QUARTZ,

    Defendant.
_____/

Case No. 20-cr-20599-7
Hon. Matthew F. Leitman

## ORDER GRANTING DEFENDANT'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL (ECF No. 115)

On January 28, 2022, attorney Judith S. Gracey filed a motion under seal to withdraw as counsel for Defendant Thomas Quartz. (*See* Mot., ECF No. 115.) The Court held a hearing on the motion on March 2, 2022. For the reasons explained on the record during the motion hearing, **IT IS HEREBY ORDERED** as follows:

- Gracey's motion to withdraw as counsel is **GRANTED**. Gracey's Appearance in this case on behalf of Quartz is **TERMINATED**;

- The Federal Community Defender's Office shall appoint new counsel for Quartz from the Criminal Justice Act Panel; and

- The seal on Gracey's motion to withdraw is **LIFTED**.

**IT IS SO ORDERED**.

Dated: March 2, 2022

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

1

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 2, 2022, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan
                                                Case Manager
                                                (313) 234-5126