UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**
        Plaintiff,

v

**THOMAS REED QUARTZ,**
        Defendant.

_____

Case No. 20-cr-20599

Hon. Matthew F. Leitman

## APPEARANCE

TO THE CLERK OF THE COURT:

    **PLEASE ENTER** my appearance on behalf of the Defendant in the above-captioned case.

Dated:  March 4, 2022

s/John Minock (P24626)
Attorney for Defendant
339 E. Liberty, Suite 200
Ann Arbor, Michigan 48104
734-668-2200; fax 734-668-0416
jminock@cramerminock.com

## CERTIFICATE OF SERVICE

    I hereby certify that on March 4, 2022, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record.

s/John Minock (P24626)
Attorney for Defendant
339 E. Liberty, Suite 200
Ann Arbor, Michigan 48104
734-668-2200; fax 734-668-0416
jminock@cramerminock.com