UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                      Case No. 20-cr-20599
                                      Hon. Matthew F. Leitman

JOHN ANGELO, *et al.*,

    Defendants.

_____/

### ORDER GRANTING IN PART AND DENYING IN PART GOVERNMENT'S MOTION TO CONTINUE DEPOSITION DATE (ECF No. 140)

On March 29, 2022, the Court issued an order granting the Government permission to take the deposition of a witness identified in the record as "Individual E" subject to several conditions. (*See* Order, ECF No. 126.) One of those conditions was that the deposition needed "to take place in August 2022." (*Id.*, PageID.1530.) The Government has now filed a motion in which it asks the Court to continue Individual E's deposition date until "two to four weeks prior to the trial date" in this case. (Mot., ECF No. 140, PageID.2039.)

The Court held a hearing on the Government's motion on July 26, 2022. For the reasons explained on the record during the motion hearing, the Government's motion is **GRANTED IN PART AND DENIED IN PART** as follows. The Court **DENIES** the motion to the extent that it seeks to continue Individual E's deposition

1

until two to four weeks prior to trial.  The Court **GRANTS** the motion to the extent that it seeks to continue the deposition beyond August 2022.  Individual E's deposition shall take place no later than **October 31, 2022**.  All conditions described in the Court's March 29, 2022, order, other than the condition that Individual E's deposition take place in August 2022, shall remain in effect and are incorporated into this order by reference.

   **IT IS SO ORDERED.**

                                                s/Matthew F. Leitman  
                                              MATTHEW F. LEITMAN  
                                              UNITED STATES DISTRICT JUDGE

Dated:  July 28, 2022

   I hereby certify that a copy of the foregoing  document was served upon the parties and/or counsel of record on July 28, 2022, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan  
                                              Case Manager  
                                              (313) 234-5126