UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                              Case No. 20-cv-20599
                              Hon. Matthew F. Leitman

JOHN ANGELO, *et al.*,

    Defendant.
_____/

## ORDER SETTING PROTOCOL TO ASSESS ADMISSIBILITY OF GOVERNMENT EXHIBITS AND HEARING DATES

On February 22, 2023, the Court held an in-person hearing to hear argument on a number of pretrial motions that were pending before the Court. As the Court explained in a separate order, it has determined that the jury trial previously scheduled to begin on March 22, 2023 will be adjourned until October 17, 2023. And as the Court explained on the record during the hearing on February 22, 2023, it will convene regular hearings approximately every five weeks to consider Defendants' objections to the exhibits that the Government plans to introduce at trial.

1

These regular hearings will proceed as follows:

- The hearings will occur on:
    - April 3, 2023 at 9:00 a.m.
    - May 9, 2023 at 9:00 a.m.
    - June 12, 2023 at 9:00 a.m.
    - August 7, 2023 at 9:00 a.m.
    - September 18, 2023 at 9:00 a.m.
- At the first hearing, the Court will address the admissibility of the first two hundred exhibits on the Government's exhibit list. At each subsequent hearing, the Court will address the admissibility of the remaining exhibits in batches of two hundred exhibits at a time.
- Not less than three weeks before each hearing, the parties shall meet and confer regarding the exhibits that will be considered during the upcoming hearing. The meet and confer sessions shall be meaningful and shall include a serious effort by all parties to resolve any objections to the Government's exhibits.
- Not less than one week before each hearing, the parties shall jointly file on the Court's docket a chart identifying each exhibit that will be addressed at the hearing, Defendants' objections to each exhibit, and the bases on which the

Government contends that each exhibit is admissible. The chart shall be in substantially the same format as the template attached to this order.

- Not less than one week before each hearing, the Government shall deliver the Court a binder with physical copies of each exhibit to be discussed prior to each hearing.

**IT IS SO ORDERED.**

        s/Matthew F. Leitman
        MATTHEW F. LEITMAN
        UNITED STATES DISTRICT JUDGE

Dated: February 27, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 27, 2023, by electronic means and/or ordinary mail.

        s/Holly A. Ryan
        Case Manager
        (313) 234-5126

## Exhibit Chart Template

| Exhibit Number | Description of Exhibit | Basis of Objection(s) and/or Rules Under Which Objection(s) is/are Made | Basis of Admissibility and/or Rules Under Which Government Seeks Admission |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |