UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 20-cv-20599
Hon. Matthew F. Leitman

JOHN ANGELO, *et al.*,

    Defendants.
_____/

### ORDER DENYING SECOND MOTION FOR AUTHORITY TO CONDUCT RULE 15 DEPOSITION IN APRIL 2023 (ECF No. 314) WITHOUT PREJUDICE

On April 3, 2023, the Court held an in-person hearing on the Government's Second Motion for Authority to Conduct Rule 15 Deposition in April 2023 (ECF No. 314).[1]  For the reasons explained on the record during the hearing, the Government's motion is **DENIED WITHOUT PREJUDICE.**

    **IT IS SO ORDERED.**

                                   s/Matthew F. Leitman
                                   MATTHEW F. LEITMAN
                                   UNITED STATES DISTRICT JUDGE

Dated: April 5, 2023

---

[1] During the hearing referenced above, the Court also heard argument on other matters.

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 5, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126