UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                              Case No. 20-cv-20599
                                              Hon. Matthew F. Leitman

JOHN ANGELO, *et al.*,

    Defendants.

_____/

## ORDER (1) GRANTING THE GOVERNMENT'S MOTION TO COMPEL WITNESS TESTIMONY AND SUPPLEMENT TO GOVERNMENT'S MOTION REQUESTING AUTHORIZATION FOR RULE 15 DEPOSITION (ECF No. 354) AND (2) ORDERING WITNESSES RICHARD LEMONGELLO AND RICHARD LEMONGELLO, JR. TO APPEAR BEFORE THE COURT TO SHOW CAUSE WHY THEY SHOULD BE EXCUSED FROM TESTIFYING IN THIS ACTION

On June 12, 2023, the Court held a hearing on a number of motions that are now pending in this action, including the Government's Motion to Compel Witness Testimony and Supplement to Government's Motion Requesting Authorization for Rule 15 Deposition (ECF No. 354). For the reasons explained on the record during that hearing, the Government's motion (ECF No. 354) is **GRANTED. IT IS FURTHER ORDERED** that witnesses Richard Lemongello and Richard Lemongello, Jr. shall appear before the Court at **8:30 AM** on **July 13, 2023,** in order to **SHOW CAUSE** why they should be excused from testifying in this action.

1

The Government shall serve this Order on Richard Lemongello and Richard Lemongello, Jr., and shall file a certificate of service on the docket confirming that service has been completed.

**IT IS SO ORDERED.**

        s/Matthew F. Leitman
        MATTHEW F. LEITMAN
        UNITED STATES DISTRICT JUDGE

Dated:  June 16, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 16, 2023, by electronic means and/or ordinary mail.

        s/Holly A. Ryan
        Case Manager
        (313) 234-5126