UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                           Case No. 20-cr-20599

v.                           Hon. Matthew F. Leitman

JOHN ANGELO, *et al.*,

    Defendants.

_____/

## ORDER PRECLUDING GOVERNMENT FROM ADMITTING EVIDENCE UNDER F.R.E. 801(d)(2)(E)

For the reasons stated on the record on September 20, 2023, the Government shall not be permitted to admit any statements or evidence under Federal Rule of Evidence 801(d)(2)(E) at the trial on Count 1 of the Third Superseding Inditement.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  September 21, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 21, 2023, by electronic means and/or ordinary mail.

s/Amanda Chubb (in absence of Holly A. Ryan)
Case Manager
(313) 234-2644