UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                        Case No. 20-cv-20599-7
                        Hon. Matthew F. Leitman

D7, THOMAS REED QUARTZ,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT THOMAS REED QUARTZ'S ORAL MOTION FOR JUDGMENT OF ACQUITTAL

On October 30, 2023, Defendant Thomas Reed Quartz made an oral motion for Judgment of Acquittal. For the reasons stated on the record, the motion is **GRANTED**.

    **IT IS SO ORDERED.**

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: October 30, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 30, 2023, by electronic means and/or ordinary mail.

                                        s/Holly A. Ryan
                                        Case Manager
                                        (313) 234-5126